IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BOBBY JONES, et al.

    Plaintiffs,

v.                                          Case No. 23-CV-0868

DONNA MURPHY, et al.,

    Defendants.

## PARTIES' JOINT SETTLEMENT NOTICE

The Parties wish to hereby inform the Court that a settlement has been reached in the above-captioned case. The Parties have fully executed the Parties' settlement agreement, and the State/Defendants are going through the process to get the Plaintiffs their settlement check. The Parties anticipate filing a stipulation of dismissal within one month. Plaintiffs' counsel has authorized Defendants' counsel to file this notice on behalf of all Parties.

Dated: February 6, 2025

                                              Respectfully submitted,

                                              JOSHUA L. KAUL
                                              Attorney General of Wisconsin

                                              <u>s/Bradley P. Soldon</u>
                                              BRADLEY P. SOLDON
                                              Assistant Attorney General
                                              State Bar #1115763

                                              Attorneys for the Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-6823
(608) 294-2907 (Fax)
soldonbp@doj.state.wi.us